NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WHITE BUFFALO CONSTRUCTION, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5045

---

Appeal from the United States Court of Federal Claims in consolidated case nos. 99-CV-961, 00-CV-415, and 07-CV-738, Senior Judge Loren A. Smith.

---

## ON MOTION

---

## ORDER

White Buffalo Construction, Inc. moves without opposition for an additional 60-day extension of time to comply with the court's May 8, 2012 order.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  White Buffalo Construction, Inc. must comply with the court's order by September 10, 2012.  No further extensions should be anticipated.

FOR THE COURT

JUL 3 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Timothy P. McIlmail, Esq.
     Richard E. Alexander, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 3 0 2012

JAN HORBALY
CLERK